# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAUNDALE J. JOHNSON,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Civil No. 3:18-cv-02111-JPG<br>---<br>Criminal No. 4:17-cr-40031-JPG-1 |

## MEMORANDUM AND ORDER

Petitioner Shaundale Johnson has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. (ECF No. 1.) Johnson is currently serving a 204 month sentence, followed by six years of supervised release, following his guilty plea to two counts of distribution of methamphetamine. The Court sentenced him on February 5, 2018, and Johnson's unsuccessful appeal terminated on November 6, 2018—making his current motion within the one-year statute of limitations set forth in § 2255(f).

Now, Johnson claims that his appointed counsel was ineffective at both the district and appellate level, specifically for failing to argue that Johnson's prior state drug offenses should not have qualified as predicates to enhance his sentence under 21 U.S.C. § 841(b)(1). The Court has conducted a preliminary review of the § 2255 motion has identified the following three claims:

1. Whether Johnson received ineffective assistance of counsel at the district court level, in violation of the Sixth Amendment to the United States Constitution.
2. Whether Johnson received ineffective assistance of counsel at the appellate level, in violation of the Sixth Amendment to the United States Constitution.
3. Whether Johnson's prior state drug offenses should not have qualified as predicates to enhance his sentence under 21 U.S.C. § 841(b)(1).

The Court **ORDERS** the Government to file a response to Johnson's § 2255 motion within **THIRTY DAYS** of the date this order is entered. The Government shall, as part of its response, attach all relevant portions of the record in the underlying criminal case. Johnson shall then have

**FOURTEEN DAYS** to reply to the Government's response. If review of the briefs indicates that an evidentiary hearing is warranted, the Court will set the hearing by separate notice.

**IT IS SO ORDERED.**

**DATED: NOVEMBER 27, 2018**

<u>**s/ *J. Phil Gilbert***</u>
**J. PHIL GILBERT
U.S. DISTRICT JUDGE**