N THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHAUNDALE J. JOHNSON,
Petitioner,

v.

UNITED STATES OF AMERICA,
Respondent.

Case No. 18–CV–02111–JPG

## JUDGMENT

This matter having come before the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that Petitioner Shaundale J. Johnson's Motion to Vacate, Set Aside, or Correct Sentence is **DENIED** without a certificate of appealability.

**Dated: Monday, May 11, 2020**          **MARGARET M. ROBERTIE**
                                         **CLERK OF COURT**

                                         **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **UNITED STATES DISTRICT JUDGE**